JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WB STUDIO ENTERPRISES, INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER MEDIA LLC; CHUCK LORRE PRODUCTIONS, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 19-9587-GW-JPRx<br><br>**ORDER**<br><br>(Federal Question Jurisdiction 28 U.S.C. §§ 1331, 1441)<br><br>(Removed from LASC Case No. 19STCV35754)<br><br>[Filed Concurrently with Joint Stipulation to Dismissal Without Prejudice]<br><br>Filed: October 7, 2019<br>Removed: November 11, 2019<br>FAC Filed: March 19, 2020<br>Trial Date: January 11, 2022 |

# ORDER

Having considered the Stipulation of Plaintiff BRIAN ARMSTRONG ("Plaintiff") and Defendants WB STUDIO ENTERPRISES, INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER MEDIA LLC; CHUCK LORRE PRODUCTIONS, INC. (collectively, "Defendants") to dismiss all claims in this action without prejudice, the Court hereby orders as follows:

Pursuant to Rules 41(a)(ii) of the Federal Rules of Civil Procedure, the claims and causes of actions by Plaintiff against Defendants are dismissed without prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
Honorable George H. Wu
United States District Judge